# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HANAN A.,

      Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.  2:23-cv-01617-GJL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    **THE COURT HAS ORDERED THAT** this matter be **REVERSED** and **REMANDED** pursuant to

sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings.

Judgment for Plaintiff and the case is closed.

    Dated this 23rd day of July, 2024.

RAVI SUBRAMANIAN
Clerk

 s/ Kelly A Miller
Deputy Clerk